## Case No. 14,434.

UNITED STATES v. ALVISO.

[Nowhere reported. Opinion not now accessible.]